FILED

Name: Dan Berry
Address: 30274 Sunny Vista St.
Murrieta, CA 92563
Phone: (951) 491-5046
Fax:

In Pro Per

2019 FEB 25 PM 2:19

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE

BY _____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Strike 3 Holdings, LLC

Plaintiff
v.

John Doe, Subscriber Assigned IP Address 108.185.118.137

Defendant(s).

CASE NUMBER:

5:19-cv-00037-JGB-SHKx

(Enter document title in the space provided above)

Objection to Disclosure of Name and Address by my ISP, Charter Communications, to the Plaintiff, Strike 3 Holdings, LLC

/s/ Dan Berry    2/25/2019

Page Number

CV-127 (09/09)    PLEADING PAGE FOR A SUBSEQUENT DOCUMENT

February 22, 2019

Hon. Jesus G. Bernal

United States District Court

Central District of California

Civil Action No.: 5:19-cv-00037-JGB-SHK

Hon. Jesus G. Bernal,

In response to the subpoena for the above mentioned Civil Action, I formally oppose the disclosure of my name and address by my ISP, Charter Communications, Inc. to the Plantiff, Strike 3 Holdings, LLC.

Yours Truly,

*[signature]*

John Doe subscriber assigned IP address 108.185.118.137


Charter Case Number 73126

ID Number 1